

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00536-CV

_____

IN RE LINDA MOLINA, Relator

Original Proceeding
153rd District Court of Tarrant County, Texas
Trial Court No. 153-335243-22

Before Wallach, Kerr, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, the record, and real party in interest's response and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied, and this Court's December 2, 2024 stay is vacated.

Per Curiam

Delivered:  December 13, 2024